AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Adam King<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.<br>       4:18mj17-CAS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 9/5/2017 to 1/17/18 _____ in the county of _____ Leon _____ in the

_____ Northern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846 | Conspiracy to Distribute 50 grams or more of a mixture and susbtance containing a detectable amount of methamphetamine |

This criminal complaint is based on these facts:

See Attached Affidavit of Jeffrey Watson, incorporated fully herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey Watson, Task Force Officer, DEA
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___ 1/17/2018 ___
       2:59 p.m.

_____
*Judge's signature*

City and state: _____ Tallahassee, Florida _____

Charles A. Stampelos, US Magistrate Judge
_____
*Printed name and title*