# UNITED STATES DISTRICT COURT
### for the

Northern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Adam King<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   4:18mj17-CAS |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Adam King                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846        Conspiracy to Distribute 50 grams or more of a mixture and susbtance containing a detectable amount of methamphetamine

Date:   1/17/2018

Issuing officer's signature

City and state:   Tallahassee, Florida

Charles A. Stampelos, United States Magistrate Judge
Printed name and title

| Return |
|---|
| This warrant was received on *(date)*  01/17/18 , and the person was arrested on *(date)* 01/17/18<br>at *(city and state)*  Tallahassee, FL.  .<br><br>Date:  01/17/18 <br><br>Arresting officer's signature<br><br>Jeffrey Watson, Task Force Officer, DEA<br>Printed name and title |